DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIEANE GRAMIGNI,**
Appellant,

v.

**BARBARA GRAMIGNI,** as Personal Representative of the Estate of
**MAURIZIO GRAMIGNI** a/k/a **MARIO GRAMIGNI,**
Appellee.

No. 4D17-1672

[March 15, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502015CP003172XXXXSB.

Charles G. White of Charles G. White, P.A., Miami, for appellant.

Roberta M. Deutsch of Roberta M. Deutsch, LLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***